# United States Court of Appeals
### For the Eighth Circuit
_____

No. 23-3150
_____

United States of America

*Plaintiff - Appellee*

v.

Roscoe Chambers, also known as Tommy

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Southern District of Iowa - Eastern
_____

Submitted: January 26, 2024
Filed: January 31, 2024
[Unpublished]
_____

Before GRUENDER, SHEPHERD, and KOBES, Circuit Judges.
_____

PER CURIAM.

Roscoe Chambers appeals after the district court[1] revoked his supervised release and sentenced him to 2 years in prison and 8 years of supervised release. His

---

[1]The Honorable Stephanie M. Rose, Chief Judge, United States District Court for the Southern District of Iowa.

counsel has moved for leave to withdraw, and has filed a brief challenging the sentence.

After careful review of the record, we conclude that the district court did not abuse its discretion in sentencing Chambers, as it properly considered the 18 U.S.C. § 3553(a) factors; there was no indication that it overlooked a relevant factor, or committed a clear error of judgment in weighing relevant factors, see United States v. Miller, 557 F.3d 910, 915-18 (8th Cir. 2009) (substantive reasonableness of revocation sentence is reviewed under deferential abuse-of-discretion standard); see also United States v. White Face, 383 F.3d 733, 740 (8th Cir. 2004) (district court need not mechanically list every § 3553(a) factor when sentencing defendant upon revocation; all that is required is consideration of relevant matters and some reason for court's decision); and the sentence was within the advisory Guidelines range, and below the statutory limit, see 18 U.S.C. § 3583(e)(3) (maximum revocation prison term is 5 years for Class A felony); 21 U.S.C. § 841(b)(1)(B) (maximum supervised release term is life).

Accordingly, we grant counsel's motion to withdraw, and affirm.

_____